**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01345-CR

### TIMOTHY ALEXANDER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34377-N**

## ORDER

The Court **GRANTS** appellant's September 4, 2013 pro se motion to for an updated copy of this Court's docket sheet. We **DIRECT** the Clerk to print and mail appellant a copy of the Court's docket sheet for this case.

The Court **GRANTS** appellant's September 4, 2013 pro se motion to be provided a file-stamped copy of his pro se response. We **DIRECT** the Clerk to send appellant a copy of his Revised Pro Se Response V bearing the September 3, 2013 file-stamp.

The Court **DENIES** appellant's September 4, 2013 pro se motion to compel the State to file a reply brief to appellant's response to the *Anders* brief. The State is not required to file briefs to pro se responses to *Anders* briefs. *See generally Bledsoe v. State*, 178 S.W.3d 824 (Tex. Crim. App. 2005) (describing *Anders* procedure).

The Court **DENIES** appellant's September 4, 2013 pro se motion to direct the Clerk of this Court to provide him with a file-stamped copy of the reporter's record filed on August 5, 2013; his September 4, 2013 pro se "Motion to Stipulate" that he has not received a file-stamped copy of the record; and his September 4, 2013 pro se motion to stipulate the copy of the record provided to him by his attorney is not the identical document filed with the Court. Appellant's attorney informed the Court that she gave appellant a copy of that record, and his complaint goes to the lack of file-stamp on the copy provided by his attorney.

The Court **DENIES** as moot appellant's September 4, 2013 "motion to file appellant's brief revised edition V." That pro se response was ordered file on September 4, 2013.

The Court **DENIES** appellant's September 4, 2013 motion for a written explanation of why his pro se response was not filed immediately upon receipt.

The Court **DENIES** appellant's September 4, 2013 motion for ruling on his July 17, 2013 motion for TRAP 44.2(a) Harmless Error Review. That motion has been deferred to the submissions panel, and appellant's case will be reviewed pursuant to the requirements of *Anders v. California*. *See generally Bledsoe*, 178 S.W.3d at 824.

The Court **GRANTS** appellant's motion to articulate which brief is before the Court on appeal. The Court has before it the *Anders* brief filed by appellant's counsel and appellant's September 3, 2013 pro se response.

The Court **DENIES** as moot appellant's September 4, 2013 motion seeking an order preventing alteration of the reporter's record from the suppression hearing. The record before the Court has been certified by the court reporter.

The Court **DENIES** as moot appellant's September 4, 2013 motion to file in all of the briefs he filed. All of the pro se "briefs" tendered by appellant since his attorney filed the *Anders* brief that allowed appellant to file a pro se response have been filed.

The Court **DENIES** appellant's September 4, 2013 pro se motion to direct the Clerk to relabel the brief filed by counsel.

The Court **DENIES** appellant's September 4, 2013 "motion to abrogate" the August 21, 2013 order granting him an extension until October 15, 2013 to file his pro se response. As previously stated, appellant's Revised Pro Se Response V has been filed.

We **DIRECT** the Clerk to treat appellant's September 4, 2013 "Motion to Uphold Legal Ethics, the Texas and U.S. Constitution, Truth, Justice and the American Way" and his September 4, 2013 "Motion to Safeguard Appellant's Due Process Rights" as letters received rather than as motions.

The case is now at issue and will be submitted in due course.

We **DIRECT** the Clerk to send a copy of this order in addition to the Court's docket sheet and a file-stamped copy of the September 3, 2013 Revised Pro Se Response V, by first-class mail, to Timothy Alexander, No. 12060058, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/    LANA MYERS
       JUSTICE